UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN RAY LAMBERT,

    Petitioner,

Case No. 1:08-cv-153

v.

HONORABLE PAUL L. MALONEY

SHIRLEE A. HARRY,

    Respondent.

_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #46) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the amended habeas corpus petition (Dkt. #7) is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date: July 22, 2009

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge